1

2

3

4

5

6

7

8      IN THE UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10     DANNY JAMES COHEA,

11              Plaintiff,              No. CIV S-07-0694 FCD DAD P

12        vs.

13     J. JONES, et al.,

14              Defendants.            <u>ORDER</u>

15     _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17     to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an

18     application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be

19     granted thirty days to pay the filing fee in full or submit a properly completed application to

20     proceed in forma pauperis.

21            Plaintiff is cautioned that the in forma pauperis application form includes a

22     section that must be completed by a prison official, and the form must be accompanied by a

23     certified copy of plaintiff's prison trust account statement for the six-month period immediately

24     preceding the filing of this action.

25     /////

26     /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, either the

3  $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

4  provided with this order; plaintiff is cautioned that failure to comply with this order or seek an

5  extension of time to do so will result in a recommendation that this action be dismissed without

6  prejudice; and

7    2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8  In Forma Pauperis By a Prisoner for use in a civil rights action.

9  DATED: April 20, 2007.

10

11  _____

12  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

13  DAD:mp
    cohe0694.3a

14

15

16

17

18

19

20

21

22

23

24

25

26