IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

    Plaintiff,                          No. CIV S-07-0694 FCD DAD P

    vs.

J. JONES, et al.,

    Defendants.                   ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2007, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's in forma pauperis application does not include a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff's incomplete application will be denied with leave to file a properly completed application to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 2, 2007 application to proceed in forma pauperis is denied without prejudice;

/////

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: May 8, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
cohe0694.3e

2