IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY JAMES COHEA,

      Plaintiff,                              No. CIV S-07-0694 FCD DAD P

    vs.

J. JONES, et al.,

      Defendants.                   <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On July 5, 2007, plaintiff filed a document titled "Ex Parte Motion for an Order on Obstruction of this Court's June 19, 2007 Order Regarding Service of Summons and Complaint." Plaintiff contends that, without an order prohibiting the obstruction of justice, plaintiff will not be able to comply with the court's June 19, 2007 order which required him to complete and return to the court the USM-285 forms and other documents necessary to effect service on defendants.

        Plaintiff has timely complied with this court's June 19, 2007 order, and on July 23, 2007, this court directed the United States Marshal to serve process on defendants. Accordingly, plaintiff's motion will be denied as moot.

/////

1

1    IT IS HEREBY ORDERED that plaintiff's July 5, 2007 motion for an order
2 prohibiting obstruction of justice is denied as moot.
3 DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:9
cohe0694.misc